# ELECTRONIC RECORD

922-15
923-15

COA # 14-14-00085-CR

STYLE: Cody Carr v The State of Texas

COA DISPOSITION: Affirmed

DATE: June 23, 2015   Publish: Yes

OFFENSE: Aggravated Sexual Assault

COUNTY: Harris

TRIAL COURT: 183rd District Court

TC CASE #:1405759

## IN THE COURT OF CRIMINAL APPEALS

STYLE: Cody Carr v The State of Texas

CCA # _____

___APPELLANT'S___   Petition
FOR DISCRETIONARY REVIEW IN CCA IS:

___REFUSED___

DATE: __11/04/2015__

JUDGE: _____

CCA Disposition: __922-15__

DATE: _____ 923-15

JUDGE: _____

SIGNED: _____      PC: _____

PUBLISH: _____      DNP: _____

---------------------------

_____ MOTION FOR

FOR REHEARING IN CCA IS: _____

JUDGE: _____

# ELECTRONIC RECORD